LEECH TISHMAN FUSCALDO & LAMPL, INC.
(626) 796-4000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL OUTDOOR PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REC TEC INDUSTRIES, LLC, a Georgia limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:19-CV-01174-WBS-EFB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon review of the Joint Motion of Plaintiff Outdoor Bull Products, Inc. ("Plaintiff") and Defendant Rec Tec Industries, LLC ("Defendant"), and for GOOD CASE SHOWN,

IT IS HEREBY ORDERED that Defendant has until October 8, 2019 to respond to Plaintiff's Complaint.

Dated: September 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1