# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL OUTDOOR PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REC TEC INDUSTRIES, LLC, a Georgia limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:19-CV-01174-WBS-EFB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO POSTPONE THE SCHEDULING CONFERENCE** |

Upon review of the Joint Motion of Plaintiff Outdoor Bull Products, Inc. ("Plaintiff") and Defendant Rec Tec Industries, LLC ("Defendant"), and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant has until October 29, 2019 to respond to Plaintiff's Complaint; and

IT IS FURTHER ORDERED that the scheduling conference be continued to November 12, 2019, at 1:30 p.m. A joint status report shall be filed no later than November 29, 2019.

Dated: October 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE