# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL OUTDOOR PRODUCTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REC TEC INDUSTRIES, LLC, a Georgia limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-CV-01174-WBS-EFB<br><br>**ORDER GRANTING FOURTH STIPULATION TO EXTEND THE TIME FOR DEFENDANT REC TEC INDUSTRIES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon review of the Stipulation of Plaintiff Outdoor Bull Products, Inc. ("Plaintiff") and Defendant Rec Tec Industries, LLC ("Defendant"), and for GOOD CASE SHOWN,

IT IS HEREBY ORDERED that Defendant has until November 12, 2019 to respond to Plaintiff's Complaint.

Dated: October 28, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE