# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL OUTDOOR PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REC TEC INDUSTRIES, LLC, a Georgia limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:19-CV-01174-WBS-EFB<br><br>**ORDER GRANTING FIFTH STIPULATION TO EXTEND THE TIME FOR DEFENDANT REC TEC INDUSTRIES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon review of the Stipulation of Plaintiff Outdoor Bull Products, Inc. ("Plaintiff") and Defendant Rec Tec Industries, LLC ("Defendant"), and for GOOD CASE SHOWN,

IT IS HEREBY ORDERED that Defendant has until December 3, 2019 to respond to Plaintiff's Complaint.

Dated: November 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE