Alan M. Kindred, SBN 135145
E-mail: akindred@leechtishman.com
Ivan Posey, SBN 196386
E-mail: iposey@leechtishman.com
**LEECH TISHMAN FUSCALDO**
**& LAMPL, INC.**
**A Professional Corporation**
200 South Los Robles Avenue
Suite 210
Pasadena, CA 91101
Phone: (626) 796-4000
Fax: (626) 795-6321

*Attorneys for Plaintiff Bull Outdoor Products, Inc.*

Scott A. Penner, SBN 253716
E-mail: ScottPenner@eversheds-sutherland.com
Anna Halsey (*pro hac vice pending*)
E-mail: annahalsey@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND**
12255 El Camino Real, Suite 100
San Diego, CA 92130
Phone: (858) 252-6502
Fax: (858) 252-6503

*Attorneys for Defendant Rec Tec Industries, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bull Outdoor Products, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Rec Tec Industries, LLC, a Georgia limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 19-cv-01174 WBS (EFB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED INJUNCTIVE RELIEF** |

This matter is before the Court on the parties' joint motion for stipulated injunctive relief. Plaintiff Bull Outdoor Products, Inc. filed a suit in this Court against Rec Tec Industries, LLC, alleging claims of trademark counterfeiting, trademark infringement, false designation of origin, and unfair competition. (Dkt. No. 1). Plaintiff seeks injunctive relief and damages. (*Id.*). The parties have engaged in settlement discussions and obtained resolution of the matter prior to Defendant filing an answer. Pursuant to that resolution, the parties have agreed to a stipulated injunction. Having considered the matter, and for good cause shown, the Court grants the injunction as stipulated to and as follows:

1. Defendant Rec Tec and all those in active concert or participation with it are hereby permanently restrained and enjoined from manufacturing, importing, ordering, purchasing, buying, receiving, taking delivery, assembling, packing, selling, distributing, transporting, delivering, giving away, disposing of, dealing in or with, or otherwise counterfeiting, infringing, using or applying the trademarked word BULL in legible characters, or any colorable imitation thereof, in any size, shape or form, and with or without any designs, on or to any and all outdoor grills, smokers, barbecues, cooking equipment, outdoor products and devices for cooking, heating or warming, and related or similar goods, packaging, displays, advertising, promotion, printed materials, brochures, instruction manuals or guides, handbooks, on internet websites, social media or other electronic means, forms or formats on behalf of Rec Tec.

2. Defendant Rec Tec and all those in active concert or participation with it are further permanently restrained and enjoined from engaging others to manufacture, import, order, purchase, buy, receive, take delivery, assemble, pack, sell, distribute, transport, deliver, give away, dispose of, deal in or with, or otherwise counterfeit, infringe, use or apply the trademarked word BULL in legible characters, or any colorable imitation thereof, in any size, shape or form, and with or without any designs, on or to any and all outdoor grills, smokers, barbecues, cooking equipment, outdoor products and devices for cooking, heating or warming, and related or similar goods, packaging, displays, advertising, promotion, printed materials, brochures, instruction manuals or guides, handbooks, on internet websites, social media or other electronic means, forms or formats on behalf of Rec Tec.

3. This injunction shall not apply to any existing inventory, including but not limited to imported goods or goods already ordered by defendant and in the course of import, so long as any and all such inventory, imported goods, and related packaging and instruction materials are sold or otherwise disposed of on or before March 31, 2020.

4. This injunction will not require the removal, recall, or destruction of videos or other audiovisual media containing the spoken word BULL that predate the filing of the

complaint in this matter, unless the video or audiovisual material also includes the trademarked word BULL in legible characters.

5. The stipulated order shall not reflect any admission of liability by defendant as to any issue in this case. Furthermore, this order shall not be used by any party to this action as evidence in any legal proceeding other than the present action.

6. This Court shall retain jurisdiction to enforce this Order.

**IT IS SO ORDERED:**

Dated: February 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

43947365.1