Alan M. Kindred, SBN 135145
E-mail: akindred@leechtishman.com
Ivan Posey, SBN 196386
E-mail: iposey@leechtishman.com
**LEECH TISHMAN FUSCALDO & LAMPL, INC.**
**A Professional Corporation**
200 South Los Robles Avenue
Suite 210
Pasadena, CA 91101
Phone: (626) 796-4000
Fax: (626) 795-6321

*Attorneys for Plaintiff Bull Outdoor Products, Inc.*

Scott A. Penner, SBN 253716
E-mail: ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 El Camino Real, Suite 100
San Diego, CA 92130
Phone: (858) 252-6502
Fax: (858) 252-6503

*Attorneys for Defendant Rec Tec Industries, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL OUTDOOR PRODUCTS, INC., a California corporation, | |
| Plaintiff, | CASE NO. 19-cv-01174 WBS (EFB) |
| v. | |
| REC TEC INDUSTRIES, LLC, a Georgia limited liability company; and DOES 1 through 10, inclusive, | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL** |
| Defendant. | |

THIS MATTER having come before the Court based upon this Stipulation of Dismissal

with Prejudice; now, IT IS HEREBY ORDERED:

Except as provided in the Parties' Confidential Settlement Agreement and Mutual Release, and in the Stipulated Injunction entered herein, this action is dismissed with prejudice as to Defendant Rec Tec Industries, LLC ("Rec Tec"). The parties waive appeal.

Except as identified in the Parties' Confidential Settlement Agreement and Mutual Release, Plaintiff and Defendant Rec Tec shall be responsible for their own attorney fees, costs and expenses.

This Court shall retain jurisdiction over the Stipulated Injunction entered in this case and over enforcement of the Confidential Settlement Agreement and Mutual Release, which shall be filed under seal with this Court should the Court need to enforce any of its provisions.

SO AGREED AND STIPULATED:

/s/ A.M. Kindred      /s/Scott A. Penner

Alan M. Kindred, SBN 135145
LEECH TISHMAN FUSCALDO & LAMPL, INC.

Scott A. Penner, SBN 253716
EVERSHEDS SUTHERLAND (US) LLP

*Counsel for Plaintiff Bull Outdoor Products, Inc.*

*Counsel for Defendant Rec Tec Industries, LLC*

**IT IS SO ORDERED:**

**Dated: February 10, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal

43965493.1